UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY KATHERINE TERRY | CIVIL ACTION |
| VERSUS | NO.: 19-181 |
| ALEJANDRO VELASQUEZ, et al | SECTION: G/54 |

**ORDER TRANSFERRING CASE**

Upon review of this complaint, the Court has determined that venue is proper for the Middle District of Louisiana.

Accordingly, **IT IS ORDERED** that this matter is hereby transferred to Middle District of Louisiana.

New Orleans, Louisiana, this  11th  day of January 2019.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT