

**Transferred case has been opened**
enoticing   to: InterdistrictTransfer_LAED                    01/14/2019 08:42 AM

CASE: 2:19-cv-00181

DETAILS: Case transferred from Louisiana Eastern has been opened in Middle District of Louisiana as case 3:19-cv-00024, filed 01/14/2019.